# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB - 1 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

|                          |   |                                         |
|--------------------------|---|-----------------------------------------|
| **CONRAD BURKE,**        | ) |                                         |
| **Plaintiff,**           | ) | **Civil Action No. 7:07-cv-00017**      |
|                          | ) |                                         |
| **v.**                   | ) | **FINAL ORDER**                         |
|                          | ) |                                         |
| **CHRIS WEBB,**          | ) | **By: Hon. Jackson L. Kiser**           |
| **Defendant.**           | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED** and **ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All other

pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the

active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying

Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

**ENTER**: This 1st day of ~~January~~ February, 2007.

_____
Senior United States District Judge